Original

1  HAROLD M. BRODY, SBN 084927
   MYLENE J. BROOKS, SBN 175533
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA 90067-3206
   Telephone: (310) 557-2900
4  Facsimile: (310) 557-2193
   Email: hbrody@proskauer.com
5  Email: mybrooks@proskauer.com

6  Attorneys for Defendant
   COLLEGE ENTRANCE EXAMINATION BOARD
7

ADR

E-FILING

FILED
2007 OCT 18 P 3:19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MATTHEW GUAGLIARDO,

    Plaintiff,

v.

COLLEGE ENTRANCE EXAMINATION BOARD, and DOES 1 through 50, inclusive,

    Defendants.

Case No. C07-05325 PVT

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil Local Rule 3-16 of the United States District Court for the Northern
2  District of California, the undersigned, counsel of record for Defendant College Entrance
3  Examination Board, certifies that as of this date, other than the named parties, there is no such
4  interest to report.

6  DATED: October 18, 2007

HAROLD M. BRODY
MYLENE J. BROOKS
PROSKAUER ROSE LLP

_____
Mylene J. Brooks

Attorneys for Defendant
COLLEGE ENTRANCE EXAMINATION
BOARD