HAROLD M. BRODY, SBN 084927
MYLENE J. BROOKS, SBN 175533
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Email: hbrody@proskauer.com
Email: mybrooks@proskauer.com

Attorneys for Defendant
COLLEGE ENTRANCE EXAMINATION BOARD

FILED
ADR
2007 OCT 18 P 3:19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW GUAGLIARDO, <br><br> Plaintiff, <br><br> v. <br><br> COLLEGE ENTRANCE EXAMINATION BOARD, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. C07 05325 PVT <br><br> PROOF OF SERVICE |

7607/18713-004
Current/10174307v2

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On October 18, 2007, I served the foregoing document, described as:

1. FEDERAL CIVIL COVER SHEET;

2. NOTICE OF REMOVAL; and

3. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

☒  by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

> Daniel F. Pyne III
> Hopkins & Carley
> The Letitia Building
> 70 South First St.
> San Jose, California 95113-2406

☐  (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to

☒  (By Mail) I am "readily familiar: with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  (By Personal Service)

☐  By personally delivering such envelope to the addressee.

☐  By causing such envelope to be delivered by messenger to the office of the addressee.

☐  By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 18, 2007, at Los Angeles, California.

| Judith Alcalay | _[signature]_ |
|---|---|
| Type or Print Name | Signature |