1  HAROLD M. BRODY, SBN 084927
   MYLENE J. BROOKS, SBN 175533
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Telephone:  (310) 557-2900
4  Facsimile:  (310) 557-2193
   Email:  hbrody@proskauer.com
5  Email:  mybrooks@proskauer.com

6  Attorneys for Defendant
   COLLEGE ENTRANCE EXAMINATION
7  BOARD

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  MATTHEW GUAGLIARDO,              )   Case No. C 07 05325 PVT
                                     )
13              Plaintiff,           )
                                     )   CERTIFICATE OF SERVICE
14       v.                          )
                                     )
15  COLLEGE ENTRANCE EXAMINATION     )
    BOARD, and DOES 1 through 50,    )
16  inclusive,                       )
                                     )
17              Defendants.          )
                                     )
18  _____)

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On October 19, 2007, I served the foregoing document, described as:

1. CIVIL COVER SHEET;
2. NOTICE OF REMOVAL OF CIVIL ACTION - DIVERSITY;
3. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
4. PROOF OF SERVICE (2);
5. NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT COLLEGE ENTRANCE EXAMINATION BOARD;
6. NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT; and
7. USDC'S ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL PRACTICE; STANDING ORDER FOR ALL JUDGES; STANDING ORDER RE CASE MANAGEMENT; WELCOME LETTER; CRIMINAL AND CIVIL LAW AND MOTION/TRIAL/SETTLEMENT/CASE MANAGEMENT/DISMISSAL HEARING SCHEDULES; GENERAL ORDER NO. 40; ECF REGISTRATION INFORMATION HANDOUT; GENERAL ORDER NO. 45; NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION; GENERAL ORDER NO. 53; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR COMPLETION OF ADR FORMS; ADR CERTIFICATION BY PARTIES AND COUNSEL; STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; and ORDER OF THE CHIEF JUDGE

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

> Daniel F. Pyne III
> Hopkins & Carley
> The Letitia Building
> 70 South First St.
> San Jose, California 95113-2406

☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to

☐ (By Mail) I am "readily familiar: with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Personal Service)

1 ☐ By personally delivering such envelope to the addressee.

2 ☐ By causing such envelope to be delivered by messenger to the office of the addressee.

3 ☒ By causing such envelope to be delivered by the office of the addressee by
4 OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

5 ☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
6

7 Executed on October 19, 2007, at Los Angeles, California.

8   _____Judith Alcalay_____          _____/s/ Judith Alcalay_____
         Type or Print Name                         Signature