Daniel F. Pyne (State Bar No. 131955)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790
Email:  dpyne@hopkinscarley.com

Attorneys for Plaintiff
Matthew Guagliardo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW GUAGLIARDO, | CASE NO. C07-05325PVT |
| Plaintiff, | **DEMAND FOR JURY TRIAL** |
| v. | |
| COLLEGE ENTRANCE EXAMINATION BAORD, and DOES 1-50, inclusive, | |
| Defendants. | |

Plaintiff Matthew Guagliardo hereby demands a trial by jury with respect to all claims and issues arising from his Complaint for Damages.

Dated:  October 26, 2007

HOPKINS & CARLEY

A Law Corporation

By: *Daniel F. Pyne*
Daniel F. Pyne
Attorneys for Plaintiff
Matthew Guagliardo

353\558905.1