Daniel F. Pyne (State Bar No. 131955)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:  (408) 998-4790
Email: dpyne@hopkinscarley.com

Attorneys for Plaintiff
Matthew Guagliardo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW GUAGLIARDO, | CASE NO. C07-05325PVT |
| Plaintiff, | **CERTIFICATION OF INTERESTED PARTIES** |
| v. | |
| COLLEGE ENTRANCE EXAMINATION BAORD, and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned, as counsel for plaintiff Matthew Guagliardo, certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: October 26, 2007

HOPKINS & CARLEY

A Law Corporation

By: *Daniel F. Pyne*
Daniel F. Pyne
Attorneys for Plaintiff
Matthew Guagliardo

353\558906.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

CERTIFICATION OF INTERESTED PARTIES
C07-05325 PVT