1  HAROLD M. BRODY, SBN 084927
   MYLENE J. BROOKS, SBN 175533
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, CA  90067-3206
   Telephone:    (310) 557-2900
4  Facsimile:    (310) 557-2193
   Email:  hbrody@proskauer.com
5  Email:  mybrooks@proskauer.com

6  Attorneys for Defendant
   COLLEGE ENTRANCE EXAMINATION
7  BOARD

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN JOSE DIVISION**

11
   MATTHEW GUAGLIARDO,                    )  Case No. C07 05325PVT
12                                        )
                Plaintiff,                )
13                                        )  **DECLINATION TO PROCEED**
        v.                                )  **BEFORE A MAGISTRATE JUDGE**
14                                        )  **AND REQUEST FOR**
   COLLEGE ENTRANCE EXAMINATION           )  **REASSIGNMENT TO A UNITED**
15 BOARD, and DOES 1 through 50, inclusive, ) **STATES DISTRICT JUDGE**
                                          )
16              Defendants.               )
                                          )
17 _____ )

18

19      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20      The undersigned party hereby declines to consent to the assignment of this case to a United

21 States Magistrate Judge for trial and disposition and hereby requests reassignment of this case to a

22 United States District Judge.

23 Dated:  January 4, 2008              PROSKAUER ROSE LLP
                                       HAROLD M. BRODY
24                                     MYLENE J. BROOKS

25                                     _____/S/_____
                                            Mylene J. Brooks
26                                     Attorneys for Defendant
                                       COLLEGE ENTRANCE EXAMINATION
27                                     BOARD

28
   _____
              **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE**
                              **C07 05325PVT**