|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 3 | **SAN JOSE DIVISION** |

| | |
|---|---|
| **MATTHEW GUAGLIARDO,** | C 07-5325 PVT |
| Plaintiff(s), | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **COLLEGE ENTRANCE EXAMINATION BOARD, ET AL.,** | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for February 5, 2008 before the Honorable Judge Patricia V. Trumbull has been continued to **February 8, 2008 at 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before February 1, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: January 7, 2008

RICHARD W. WIEKING,
Clerk of Court
/s/ Corinne Lew

_____
Corinne Lew
Deputy Clerk