**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                   408.535.5364

**January 7, 2008**

**CASE NUMBER:  CV 07-05325 PVT**
**CASE TITLE:  MATTHEW GUAGLIARDO-v-COLLEGE ENTRANCE**
**EXAMINATION BOARD, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to

the **Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 01/04/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                    Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                Entered in Computer 01/07/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA