# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Guagliardo,<br><br>               Plaintiff(s),<br><br>     v.<br><br>College Entrance Examination Board,<br><br>               Defendant(s). | 07-05325 RMW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: January 24, 2008
9                             RICHARD W. WIEKING
                           Clerk
10                            by:   Timothy J. Smagacz
11
12                            ADR Administrative Assistant
                           415-522-4205
13                            Tim_Smagacz@cand.uscourts.gov

*United States District Court*
*Northern District of California*

**Notice Re: Noncompliance With Court Order**
07-05325 RMW                                     -2-

PROOF OF SERVICE

Case Name:       Guagliardo v. College Entrance Examination Board

Case Number:    07-05325 RMW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 24, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Daniel Francis Pyne III
> Hopkins & Carley
> The Letitia Building
> 70 South First Street
> POB 1469                                   A Law Firm
> San Jose, CA 95113
> dpyne@hopkinscarley.com
>
> Mylene Jacqueline Brooks
> 2049 Century Park East
> 32nd Floor
> Los Angeles, CA 90067-3206
> mybrooks@proskauer.com
>
> Harold M. Brody
> Proskauer Rose LLP
> 2049 Century Park East
> 32nd Floor
> Los Angeles, CA 90067
> hbrody@proskauer.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 24, 2008 in San Francisco, California.

            RICHARD W. WIEKING
            Clerk
            by:    Timothy J. Smagacz

            */s/ Timothy Smagacz*
            ADR Administrative Assistant
            415-522-4205
            Tim_Smagacz@cand.uscourts.gov