```
 1  HAROLD M. BRODY, SBN 084927
    MYLENE J. BROOKS, SBN 175533
 2  PROSKAUER ROSE LLP
    2049 Century Park East, 32nd Floor
 3  Los Angeles, CA  90067-3206
    Telephone:   (310) 557-2900
 4  Facsimile:   (310) 557-2193
    Email:   hbrody@proskauer.com
 5  Email:   mybrooks@proskauer.com

 6  Attorneys for Defendant
    COLLEGE ENTRANCE
 7  EXAMINATION BOARD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MATTHEW GUAGLIARDO, | Case No. C07 05325 RMW(PVT) |
|---|---|
| Plaintiff, | |
| v. | **ADR CERTIFICATION BY DEFENDANT COLLEGE ENTRANCE EXAMINATION BOARD AND ITS COUNSEL** |
| COLLEGE ENTRANCE EXAMINATION BOARD, and DOES 1 through 50, inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that |
| 2 | he or she has: |
| 3 | (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern |
| 4 | District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov; |
| 5 | (2) Discussed the available dispute resolution options provided by the Court and |
| 6 | private entities; and |
| 7 | (3) Considered whether this case might benefit from any of the available dispute |
| 8 | resolution options. |

Dated: January 28, 2008

PROSKAUER ROSE LLP
HAROLD M. BRODY
MYLENE J. BROOKS

/S/
————————————————
Mylene J. Brooks
Attorneys for Defendant
COLLEGE ENTRANCE EXAMINATION BOARD

Dated: January 25, 2008

COLLEGE ENTRANCE EXAMINATION BOARD

————————————————
Name: Neil L. Lane
Title: Senior VP and General Counsel