1  Daniel F. Pyne, Bar No. 131955
   dpyne@hopkinscarley.com
2  HOPKINS & CARLEY
   A Law Corporation
3  The Letitia Building
   70 S First Street
4  San Jose, CA  95113-2406

5  *mailing address:*
   P.O. Box 1469
6  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
7  Facsimile:     (408) 998-4790

8  Attorneys for Plaintiff
   MATTHEW GUAGLIARDO

9
               UNITED STATES DISTRICT COURT
10
               NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN JOSE DIVISION
12

13

   MATTHEW GUAGLIARDO,                 CASE NO.  C-07-05325 RMW
14
              Plaintiff,               **ADR CERTIFICATION BY PLAINTIFF
15                                     MATTHEW GUAGLIARDO AND ITS
   v.                                  COUNSEL**
16
   COLLEGE ENTRANCE EXAMINATION
17 BOARD, *et al.*,

18            Defendant.

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 29, 2008

HOPKINS & CARLEY
A Law Corporation

By: *Daniel F. Pyne*
Daniel F. Pyne
Attorneys for Plaintiff
MATTHEW GUAGLIARDO

Dated: January 29, 2008

MATTHEW GUAGLIARDO

/s/
Matthew Guagliardo