HAROLD M. BRODY, SBN 084927
MYLENE J. BROOKS, SBN 175533
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193
Email:   hbrody@proskauer.com
Email:   mybrooks@proskauer.com

Attorneys for Defendant
COLLEGE ENTRANCE
EXAMINATION BOARD

DANIEL F. PYNE, SBN 131955
HOPKINS & CARLEY
70 South First Street
San Jose, CA  95113
Telephone:  (408) 286-9800
Facsimile:   (408) 998-4790
Email:  dpyne@hopkinscarley.com

Attorneys for Plaintiff
MATTHEW GUAGLIARDO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MATTHEW GUAGLIARDO, <br><br> Plaintiff, <br><br> v. <br><br> COLLEGE ENTRANCE EXAMINATION BOARD, and DOES, 1 through 50, inclusive, <br><br> Defendants. | Case No. C07 05325 RMW (PVT) <br><br> **[PROPOSED] JOINT DISCOVERY PLAN** <br><br> Conference Date:  February 15, 2008 |

On January 18, 2008, plaintiff Matthew Guagliardo ("Plaintiff"), by his counsel Hopkins & Carley (Daniel F. Pyne, III) and defendant College Entrance Examination Board ("Defendant") by their undersigned counsel , Proskauer Rose LLP (Harold M. Brody and Mylene J. Brooks) met via telephone conference in accordance with Federal Rule of Civil Procedure ("FRCP") 26(f), and as a result of that meeting, the parties hereby respectfully submit the following proposed discovery plan in accordance with FRCP 26(f):

1. The parties shall exchange their respective initial disclosures pursuant to FRCP 26(a)(1) on or before February 3, 2008.
2. All fact discovery, including written discovery and deposition, shall be commenced in time to be completed on or before September 15, 2008.  Fact discovery will be needed on the following subjects:
    a. Plaintiff's job performance;
    b. Plaintiff's internal grievances;
    c. Plaintiff's termination;
    d. Plaintiff's efforts to seek reemployment;
    e. Defendant's personnel policies and practices; and
    f. Defendant's employment practices.
3. The parties have agreed to reasonably cooperate with each other in modifying the length of any fact deposition beyond seven (7) hours as otherwise provided by the Federal Rules of Civil Procedure and the Local Rules.
4. Motions to join other parties or to amend the pleadings shall be filed on or before October 15, 2008.
5. Plaintiff shall serve his expert disclosures, if any, on or before October 20, 2008.
6. Defendant shall serve its rebuttal expert disclosures, if any, on or before November 19, 2008.
7. All depositions of expert witnesses shall be completed on or before December 19, 2008.

8. All potentially dispositive motions shall be served and filed so that they may be heard on or before December 5, 2008.

9. The case should be ready for trial by January 19, 2009, and at this time is expected to take approximately seven (7) days.

10. There have been no settlement discussions since prior to the filing of the Complaint.

11. Defendant hereby attests that counsel for Plaintiff has authorized Defendant to electronically sign this [Proposed] Joint Discovery Plan on Plaintiff's behalf.

DATED: February 1, 2008    HAROLD M. BRODY
MYLENE J. BROOKS
PROSKAUER ROSE LLP

_____/S/_____
Mylene J. Brooks
Attorneys for Defendant
COLLEGE ENTRANCE EXAMINATION BOARD

DATED: February 1, 2008    DANIEL F. PYNE, III
HOPKINS & CARLEY

_____/S/_____
Daniel F. Pyne, III
Attorneys for Plaintiff
MATTHEW GUAGLIARDO