*CC: Corinne*