UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: February 15, 2008

Case No. C-07-05325-RMW        JUDGE: Ronald M. Whyte

MATTHEW GUADLIARDO        -V- COLLEGE ENTRANCE EXAMINATION BOARD
Title

D. Pyne                                               M. Brooks
**Attorneys Present**                      **Attorneys Present**

**COURT CLERK:** Jackie Garcia        **COURT REPORTER:** Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held.  Following the taking of two depositions, the parties are referred to Magistrate Judge Trumbull for an early settlement conference.  The following schedule was set by the Court: Jury Trial set for 1/20/09 @ 1:30 pm; Pretrial Conference set for 1/8/09 @ 2:00 pm; Joint Pretrial Statement due 1/2/09; Hearing on Dispositive Motions set for 12/19/08 @ 9:00 am; Discovery cutoff 9/15/08; Expert Discovery cutoff 12/19/08; Disclosure of Experts by 10/20/08.  Discovery Limits: Depositions - 10 per side (parties agree to go beyond the 7 hour limit); Interrogatories - 25 per side; Request for Admissions - 10 per side; Document Request - no limit, but narrowly tailored.  The parties are to attend a second settlement conference with Judge Trumbull prior to the pretrial conference.  Plaintiff to prepare order following the conference.

*cc: PVT Chambers*