1  Daniel F. Pyne (State Bar No. 131955)
   HOPKINS & CARLEY
2  A Law Corporation
   The Letitia Building
3  70 South First Street
   San Jose, California 95113-2406
4  *mailing address:*
   P.O. Box 1469
5  San Jose, CA 95109-1469
   Telephone:   (408) 286-9800
6  Facsimile:   (408) 998-4790
   Email: dpyne@hopkinscarley.com
7
   Attorneys for Plaintiff
8  Matthew Guagliardo

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12 | MATTHEW GUAGLIARDO,                    | CASE NO. 07-CV-05325 RMW (PVT)
13 |            Plaintiff,                  | **STIPULATION FOR DISMISSAL AND (PROPOSED) ORDER THEREON**
14 |     v.                                 |
15 | COLLEGE ENTRANCE EXAMINATION BAORD, and DOES 1-50, inclusive, |
17 |            Defendants.                 |

19                  **STIPULATION FOR DISMISSAL**

20      IT IS HEREBY STIPULATED by and between plaintiff Matthew Guagliardo and

21 defendant College Entrance Examination Board that:

22      1.      Plaintiff Guagliardo filed suit against College Entrance Examination Board on

23 August 31, 2007 in the Superior Court for the County of Santa Clara, State of California;

24      2.      Defendant College Entrance Examination Board filed an answer to plaintiff

25 Guagliardo's complaint on October 17, 2007;

26      3.      On October 18, 2007, defendant College Entrance Examination Board filed a

27 Notice of Removal of Civil Action – Diversity through which it removed the suit to the United

28 States District Court for the Northern District of California, where it was assigned to the

Honorable Ronald M. Whyte;

4. The parties have agreed to resolve the case on mutually acceptable terms and have executed a Confidential Settlement Agreement and General Release setting forth the terms of their agreement;

5. The parties have agreed that plaintiff Guagliardo will dismiss his complaint with prejudice pursuant to Federal Rule of Civil Procedure 41; and

6. The parties have agreed that each will bear its own costs and attorney fees.

IT IS SO STIPULATED.

Dated: August 20 2008          HOPKINS & CARLEY

By: *Daniel F. Pyne* (signature)
Daniel F. Pyne
Attorneys for Plaintiff Matthew Guagliardo

Dated: August 20, 2008         PROSKAUER ROSE LLP

By: *Mylene Brooks* (signature)
Mylene J. Brooks
Attorneys for Defendant Colelge Entrance Examination Board

IT IS SO ORDERED.

Dated: _____             _____
                              The Honorable Ronald M. Whyte