Daniel F. Pyne (State Bar No. 131955)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, California 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:   (408) 998-4790
Email: dpyne@hopkinscarley.com

Attorneys for Plaintiff
Matthew Guagliardo

*E-FILED - 9/8/08*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW GUAGLIARDO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COLLEGE ENTRANCE EXAMINATION BAORD, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 07-CV-05325 RMW (PVT)<br><br>**STIPULATION FOR DISMISSAL AND (PROPOSED) ORDER THEREON** |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between plaintiff Matthew Guagliardo and defendant College Entrance Examination Board that:

1.  Plaintiff Guagliardo filed suit against College Entrance Examination Board on August 31, 2007 in the Superior Court for the County of Santa Clara, State of California;

2.  Defendant College Entrance Examination Board filed an answer to plaintiff Guagliardo's complaint on October 17, 2007;

3.  On October 18, 2007, defendant College Entrance Examination Board filed a Notice of Removal of Civil Action – Diversity through which it removed the suit to the United States District Court for the Northern District of California, where it was assigned to the

1  Honorable Ronald M. Whyte;

2      4. The parties have agreed to resolve the case on mutually acceptable terms and have executed a Confidential Settlement Agreement and General Release setting forth the terms of their agreement;

    5. The parties have agreed that plaintiff Guagliardo will dismiss his complaint with prejudice pursuant to Federal Rule of Civil Procedure 41; and

    6. The parties have agreed that each will bear its own costs and attorney fees.

IT IS SO STIPULATED.

Dated: August 20 2008

HOPKINS & CARLEY

By: *Daniel F. Pyne* (signature)
Daniel F. Pyne
Attorneys for Plaintiff Matthew Guagliardo

Dated: August 20, 2008

PROSKAUER ROSE LLP

By: *Mylene J. Brooks* (signature)
Mylene J. Brooks
Attorneys for Defendant Colelge Entrance Examination Board

IT IS SO ORDERED.

Dated: 9/8/08

*Ronald M. Whyte* (signature)
The Honorable Ronald M. Whyte